Brian S. Kabateck, SBN. 152054
bsk@kbklawyers.com
Christopher Noyes, SBN. 270094
cn@kbklawyers.com
Joana Fang, Esq. SBN. 309623
jf@kbklawyers.com
**KABATECK LLP**
633 W. 5th. Street, Suite 3200
Los Angeles, CA 90071
Telephone: (213) 217-5000
Facsimile: (213) 217-5010

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| KEITH PATTERSON, individually, and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>RW DIRECT, INC., POSITEC USA, INC.; and DOES 1 to 50, inclusive,<br><br>Defendants. | **CASE NO. 3:18-cv-00055**<br><br>The Hon. Vince Chhabria<br><br>**JOINT REQUEST FOR DIMISSAL PER RULE 23(e); [PROPOSED] ORDER**<br><br>(Filed concurrently with Declaration of Joana Fang) |

JOINT REQUEST FOR DISMISSAL; [PROPOSED] ORDER

# **JOINT REQUEST FOR DISMISSAL**

Plaintiff KEITH PATTERSON (hereinafter, "Plaintiff") and Defendants RW DIRECT, INC. and POSITEC USA, INC. (hereinafter, "Defendants") by and through their respective counsel of record hereby submit this request for dismissal and request an order from the Court dismissing the above captioned case with prejudice.

WHEREAS, on January 4, 2018, Plaintiff filed a proposed class action against Defendants involving the WORX WG782 14-Inch 24 Volt Cordless Mower ("WORX mower"), in the United States District Court, Northern District of California, Case No. 3:18-cv-00055 ("Complaint") alleging claims for (1) Breach of Express Warranty, (2) Breach of Implied Warranty, (3) Breach of Express Warranty (Magnuson-Moss Warranty Act) (4) Declaratory Judgment Act (28 U.S.C. §§ 2201(a), *et. seq.*, (5) Breach of Express Warranty (Song-Beverly Consumer Warranty Act), (6) Breach of Implied Warranty (Song-Beverly Consumer Warranty Act), (7) Consumers Legal Remedies Act (Cal. Civ. Code §§ 1750, *et. seq.*), (8) Unfair Competition Law (Cal. Bus. & Prof. Code § 17200), (9) Breach of Express Warranty Under Cal. U. Com. Code § 2313), and (10) Breach of Implied Warranty Under Cal. U. Com. Code § 2314 (Declaration of Joana Fang "Dec of JF," ¶2);

WHEREAS, the proposed class is not certified in this matter and no motion for certification has been made or is pending (Dec of JF, ¶3);

WHEREAS, based on the limited exposure of this case in the press, it is highly unlikely that any putative class member has relied on the filing of this action. Furthermore, no putative class members have filed any other action, or contacted any of the parties, or sought to intervene in this action (Dec of JF, ¶4);

WHEREAS, class counsel is unaware of the identities of any putative class members and therefore, cannot notify the unnamed class members of the dismissal

if required to do so (Dec of JF, ¶5);

WHEREAS, class counsel is not aware of any danger that absent class members will be prejudiced by a "rapidly approaching statute of limitations." The filing of a class action on both federal and state law claims tolls the applicable statute of limitations for members of the putative class (*See Am. Pipe & Constr. Co. v. Utah*, 414 U.S. 538, 553-554 (1974)) (Dec of JF, ¶6);

WHEREAS, the interests of putative class members are not being compromised by Plaintiff's individual settlement as it was reached after testing conducted on Plaintiff's WORX mower by Plaintiff's expert did not substantiate the alleged defect claims (Dec of JF, ¶7); and

WHEREAS, the parties have agreed to the dismissal of this action on the following terms (i) dismissal of Plaintiff's individual claims with prejudice, (ii) dismissal of the putative class claims without prejudice to class members, and (iii) for Plaintiff and Defendant to each bear their respective attorney's fees and costs of suit (Dec of JF, ¶8).

Dated: October 22, 2019         Respectfully submitted,

**KABATECK LLP**

By: /s/ Joana Fang
*Counsel for Plaintiff and the Proposed Class*

Dated: October 22, 2019         Respectfully submitted,

**NELSON MULLINS RILEY & SCARBOROUGH, LLP**

By: /s/ William H. Latham
*Counsel for Defendants*

# [~~PROPOSED~~] ORDER

The foregoing Joint Request for Dismissal of the parties is accepted and approved, and this action is hereby dismissed on the following terms (i) dismissal of Plaintiff's individual claims with prejudice, (ii) dismissal of the putative class claims without prejudice to class members, and (iii) for Plaintiff and Defendant to each bear their respective attorney's fees and costs of suit.

**IT IS SO ORDERED.**

Dated: October 23, 2019

_____
The Hon. Vince Chhabria